1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7
8
9

JANA WILLIAMS,

              Plaintiff,

10

    v.

11

KRISTI CULVER KAPETAN, et al.,

12

              Defendants.

                       /

Case No. 1:25-cv-01387-JLT-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

13
14
15

Plaintiff Jana Williams, proceeding *pro se*, filed a complaint on October 17, 2025, along

16 with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)

17 Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis*

18 shall be granted.

19

Regarding the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. §

20 1915(e)(2), the Court must conduct an initial review of every *pro se* complaint proceeding *in forma*

21 *pauperis* to determine whether it is legally sufficient under the applicable pleading standards.  The

22 Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is

23 legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks

24 monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  If the

25 Court determines that the complaint fails to state a claim, leave to amend may be granted to the

26 extent that the deficiencies in the complaint can be cured by further amendment.   Plaintiff's

27 complaint will be screened in due course.

28

If appropriate after the case has been screened, the Clerk of Court will provide Plaintiff with

1   the requisite forms and instructions to request the assistance of the United States Marshal in serving

2   the defendant pursuant to Federal Rule of Civil Procedure 4.

3          Based on the forgoing and good cause appearing,

4          IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (Doc.

5   2) is GRANTED.

6

7   IT IS SO ORDERED.

8   Dated:   **October 17, 2025**                           */s/ Sheila K. Oberto*

9                                                    UNITED STATES MAGISTRATE JUDGE