# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JANA WILLIAMS,

        Plaintiff,

    v.

KRISTI CULVER KAPETAN, et al.,

        Defendants.

_____/

Case No.:  1:25-cv-01387-JLT-SKO

**ORDER WITHDRAWING JANUARY 6, 2026, FINDINGS AND RECOMMENDATIONS, DISCHARGING THE COURT'S DECEMBER 8, 2025, ORDER TO SHOW CAUSE, & GRANTING PLAINTIFF FOURTEEN (14) DAYS LEAVE TO RESPOND TO THE COURT'S OCTOBER 31, 2025 SCREENING ORDER**

(Docs. 7, 8, 10)

**<u>FOURTEEN DAY DEADLINE</u>**

Plaintiff Jana Williams proceeds *pro se* and *in forma pauperis* in this action against Defendants Kristi Culver Kapetan and City of Fresno Code Enforcement Division.  (Docs. 1, 5).

On October 31, 2025, the undersigned issued a screening order identifying deficiencies in the complaint and ordering Plaintiff to, within thirty days, either (1) file a First Amended Complaint addressing the deficiencies identified in the screening order, (2) notify the court that Plaintiff wished to stand on her complaint, or (3) file a notice of voluntary dismissal.  (Doc. 6). Plaintiff did not respond to the screening order within the allowed time.  (*See* Docket).

On December 8, 2025, the undersigned issued an order to show cause why the action should not be recommended for dismissal based on Plaintiff's failure to respond to the screening order in the time provided. (Doc. 7). Plaintiff again failed to respond. (*See* Docket). On January 6, 2026, the undersigned issued findings and recommendations recommending that this action be dismissed due to Plaintiffs' failure to obey court orders and failure to prosecute this action. (Doc. 8).

On February 2, 2026, Plaintiff filed objections to the January 6, 2026, Findings and Recommendations, (Doc. 9), representing that she did not receive the undersigned's screening order or order to show cause, (*see* Doc. 9), and moving for relief from missed deadlines, (*see* Doc. 10).

While the undersigned has concerns about the plausibility of Plaintiff's explanations of delay and failure to respond to the OSC, *out of an abundance of caution* and consistent with the premise that public policy favors disposition on the merits, *see*, *e.g.*, *Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998), the undersigned will withdraw its January 6, 2026 Findings and Recommendations and grant Plaintiff **one last opportunity** to respond to the undersigned's October 31, 2025 screening order.

Consistent with this order, it is HEREBY ORDERED that:

1. The Order to Show Cause, (Doc. 7), is **DISCHARGED.**

2. The Findings and Recommendations issued on January 6, 2026, (Doc. 8), are **WITHDRAWN.**

3. Plaintiff's "Motion for Relief from Missed Deadlines and Request for Extension," (Doc. 10), is **GRANTED**. Plaintiff is **GRANTED** an additional FOURTEEN (14) days from the filing of this order to respond to the undersigned's October 31, 2025, screening order, (Doc. 6).

4. The Clerk is **DIRECTED** to serve a copy of this order along with a copy of the Court's screening order, (Doc. 6), on Plaintiff at her last known address as reflected on the docket.

IT IS SO ORDERED.

Dated:    **February 4, 2026**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE